UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:21-cr-115-TPB-NPM

VINCENT JOSEPH ROBUSTO

## ORDER

This matter comes before the Court following the January 10, 2025, status conference. As stated on the record, the Government's Unopposed Oral Motion to Allow Electronic Equipment into the Courthouse is granted.

Accordingly, it is now

**ORDERED:**

FBI Task Force Officer Donald Woelke is **AUTHORIZED** to pass the security checkpoint of the Fort Myers federal courthouse with a cellphone to attend the jury trial scheduled in this matter.

**DONE AND ORDERED** in Fort Myers, Florida on January 10, 2025.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record
         Court Security Personnel