UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                                       Case No. 2:21-cr-115-SPC-NPM

VINCENT JOSEPH ROBUSTO

## **PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' Motion for a Preliminary Order of Forfeiture. (Doc. 197). On January 15, 2025, following a two-day trial, a jury found the defendant guilty of transportation of a minor, in violation of 18 U.S.C. § 2423(a), and felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), as charged in Counts One and Two of the Indictment. The government now seeks a preliminary order forfeiting a **Sig Sauer, model P250, .45 caliber firearm with magazine, serial number EAK033292, and approximately eight rounds of Hornady .45 caliber ammunition** ("Assets"). See 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

The United States has established the required connection between the crimes of conviction and assets identified above. The Court thus finds the United States is entitled to possession of the **Sig Sauer, model P250, .45 caliber firearm with magazine, serial number EAK033292, and approximately eight rounds of Hornady .45 caliber ammunition.**

Accordingly, it is now,

**ORDERED**:

The United States Motion for Preliminary Order of Forfeiture (Doc. 197) is **GRANTED**.

1. The firearm and ammunition are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n). Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.

2. This order shall become a final order of forfeiture as to the defendant at sentencing.

3. The Court retains jurisdiction to complete the forfeiture and disposition of the assets sought by the government.

**DONE** and **ORDERED** in Fort Myers, Florida on March 6, 2025.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties/Counsel of Record